Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

| | |
|---|---|
| CAROL CAMPANICO, an individual; | Case No.: 2:23-cv-02039-MMD-NJK |
| Plaintiff; | |
| v. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; EARLY WARNING SERVICES, LLC, a foreign limited-liability company; | **ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS** |
| Defendants. | |

9

10

11

12

13

14

15

16

17        Plaintiff, Carol Campanico ("Plaintiff"), and Defendants, JPMorgan Chase Bank, N.A. and

18    Early Warning Services, LLC ("Defendants") (collectively referred to as the "Parties") have

19    resolved all claims, disputes, and differences between the Parties.

20        Therefore, the Parties, by and through their respective attorneys of record, and subject to

21    the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Page 1 of 2

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Defendants bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 10, 2024

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: April 10, 2024

**TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP**

*/s/ Sean B. Kirby*
Sean B. Kirby, Esq.
Nevada Bar No. 14224
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (470) 832-6017
Email: sean.kirby@troutman.com
***Attorneys for Early Warning Services, LLC***

Dated: April 10, 2024

**GREENBERG TRAURIG, LLP**

*/s/ Jerrell L. Berrios*
Jacob D. Bundick, Esq.
Nevada Bar No. 9772
Jerrell L. Berrios, Esq.
Nevada Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
bundickj@gtlaw.com
berriosj@gtlaw.com
***Attorneys for JPMorgan Chase Bank, N.A.***

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED THIS 11th Day of April 2024.

*Law Office of Kevin L. Hernandez*
*8920 W. Tropicana Avenue, Suite 101*
*Las Vegas, Nevada 89147*
*TEL: (702) 563-4450 FAX: (702) 552-0408*